*Jr.,* for petitioner. No appearance for respondent.

No. 317. Spruill *v.* Ballard et al. October 14, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia and motion for leave to proceed further *in forma pauperis* denied. *Georgia M. Spruill, pro se.* No appearance for respondents.

No. 319. Small *v.* New York. October 14, 1935. Petition for writ of certiorari to the Supreme Court of New York and motion for leave to proceed further *in forma pauperis* denied. *Mr. George Small, pro se.* No appearance for respondent.

No. 357. De La Ysla *v.* United States. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit and motion for leave to proceed further *in forma pauperis* denied. *Mr. Roque Espiritu De La Ysla, pro se.* No appearance for the United States.

No. 435. Ex parte Ilse. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit and motion for leave to proceed further *in forma pauperis* denied. *Mr. Henry A. Ilse, pro se.*

No. 456. Ridgeway *v.* Woodward, Trustee, et al, October 14, 1935. Petition for writ of certiorari to the